# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  ROBERT JACOBI                              Case Number: 08-71028
        5212 BRIDGE STREET          SSN-xxx-xx-9189
        MCHENRY, IL  60050

                                          Case filed on:         4/5/2008
                                          Plan Confirmed on:
                        U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan:  $0.00     Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | BOHLMAN LAW OFFICES, P.C. | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | IL DEPT OF HEATHCARE | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | INTERNAL REVENUE SERVICE | 3,013.33 | 3,013.33 | 0.00 | 0.00 |
| 013 | LESLIE FLECK | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Priority | 3,013.33 | 3,013.33 | 0.00 | 0.00 |
| 015 | ROBERT JACOBI | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | AMERICAN HOME MORTGAGE SERVICING INC | 24,000.00 | 24,000.00 | 0.00 | 0.00 |
| 002 | HSBC AUTO FINANCE (f/k/a HOUSEHOLD AUTO) | 17,368.86 | 17,368.86 | 0.00 | 0.00 |
| 003 | HARLEY-DAVIDSON CREDIT | 16,129.56 | 16,129.56 | 0.00 | 0.00 |
| 004 | HARRIS N A | 3,900.00 | 3,900.00 | 0.00 | 0.00 |
|  | Total Secured | 61,398.42 | 61,398.42 | 0.00 | 0.00 |
| 002 | HSBC AUTO FINANCE (f/k/a HOUSEHOLD AUTO) | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | HARLEY-DAVIDSON CREDIT | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | INTERNAL REVENUE SERVICE | 495.60 | 495.60 | 0.00 | 0.00 |
| 007 | BARON COLL | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | CREDITORS COLLECTION | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | MUTUAL HOSPITAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | PALISADES COLLECTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | CENTEGRA NORTHERH ILLINOIS MEDICAL CTR | 406.52 | 406.52 | 0.00 | 0.00 |
| 012 | COMED CO | 3,006.34 | 3,006.34 | 0.00 | 0.00 |
| 014 | ROUNDUP FUNDING LLC | 2,344.84 | 2,344.84 | 0.00 | 0.00 |
|  | Total Unsecured | 6,253.30 | 6,253.30 | 0.00 | 0.00 |
|  | Grand Total: | 70,665.05 | 70,665.05 | 0.00 | 0.00 |

Total Paid Claimant:   $0.00
Trustee Allowance:     $0.00          Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:  0.00         discharging the trustee and the trustee's surety from any and all
                                      liablility on account of the within proceedings, and closing the estate,
                                      and for such other relief as is just.  Pursuant to FRBP, I hereby
                                      certify that the subject case has been fully administered.

Report Dated:

                              /s/ Lydia S. Meyer
                              Lydia S. Meyer, Trustee


This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.


Dated at Rockford, IL  on 08/28/2008          By  /s/Heather M. Fagan